UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-37683 |
|---|---|
| MICHELLE NMN CROSLEY | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083103**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MICHELLE NMN CROSLEY<br>5054 COULSON DRIVE<br>DAYTON, OH  45418 | 1.58 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/13/2011

Certificate of Service                05-37683

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| MICHELLE NMN CROSLEY | HAROLD W WAMPLER I I I | (52.1n) |
| --- | --- | --- |
| 5054 COULSON DRIVE | 1343 WOODMAN DR | US DEPT OF EDUCATION |
| DAYTON, OH  45418 | STE B | DIRECT LOAN SERVICING CENTER |
|  | DAYTON, OH  45432 | BOX 5609 |
|  |  | GREENVILLE, TX  75403 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner        sv

0537683_42_20110613_0842_278/T317_sv
\#\#\#